UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff

      v.                                  Case No. MS-1-01-43

GLOBAL ASSET, *et al.*,

          Defendants

### ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 5) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 5) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to abide by a Court Order.

This case is **DISMISSED AND TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

                                              s/Heman J. Weber
                                        Herman J. Weber, Senior Judge
                                        United States District Court